**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                Government,          :   24 CR. 355 (RMB)
                                    :
   - against -                      :   **ORDER**
                                    :
                                    :
DOMINIQUE BASS,                     :
                                    :
                Defendant.           :
-----------------------------------------------------------------x

The sentence scheduled for Wednesday, November 20, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: November 13, 2024
       New York, NY

                                                  RICHARD M. BERMAN
                                                         U.S.D.J.